

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00275-CV

Adriana P. **PEREZ**,
Appellant

v.

**WEBB COUNTY**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT000305 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting[1]:　　Sandee Bryan Marion, Chief Justice
　　　　　　　Karen Angelini, Justice
　　　　　　　Marialyn Barnard, Justice
　　　　　　　Rebeca C. Martinez, Justice
　　　　　　　Luz Elena D. Chapa, Justice
　　　　　　　Jason Pulliam, Justice

　　　　Webb County filed a motion for en banc reconsideration of the panel's decision. A majority of the en banc court having failed to vote in favor of the motion, the motion is **denied**. *See* TEX. R. APP. P. 41.2, 49.7.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Justice Patricia O. Alvarez recuses herself from this proceeding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.



Keith E. Hottle
Clerk of Court